# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE Division

UNITED STATES OF AMERICA

V.

THOMAS LAMONT LITTLEJOHN

JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:18-cr-00044-MR-DLH

The Defendant was found not guilty as to Count 1. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: July 3, 2018

Martin Reidinger
United States District Judge